# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**DENNIS JACOBS**  
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**  
**CLERK OF COURT**

Date: May 03, 2012  
Docket #: 11-1828cr  
Short Title: United States of America v. Moore II et al

DC Docket #: 1:09-cr-881-2  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Griesa

## NOTICE OF DEFECTIVE FILING

On April 20, 2012 the Brief & Appendix on behalf of Appellant Walter Netschi was submitted in the above referenced case.
The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____    Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*  
_____    Failure to file the Record on Appeal *(FRAP 10, 11)*  
_____    Missing motion information statement *(T-1080 - Local Rule 27.1)*  
_____    Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*  
_____    Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*  
_____    Improper proof of service *(FRAP 25)*  
          _____    Missing proof of service  
          _____    Served to an incorrect address  
          _____    Incomplete service *(Anders v. California 386 U.S. 738 (1967))*  
_____    Failure to submit document in digital format *(Local Rule 25.1)*  
\_\_X\_\_    Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here for instructions on how to make PDFs text searchable; Electronic version of Appellant's Appendix is not text searchable and should be refiled.  
_____    Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*  
_____    Failure to file special appendix *(Local Rule 32.1)*  
\_\_X\_\_    Defective cover *(FRAP 32)*; Brief includes a special appendix, and therefore the special appendix should be listed on the brief's front cover.  
          _____    Incorrect caption *(FRAP 32)*  
          _____    Wrong color cover *(FRAP 32)*  
          _____    Docket number font too small *(Local Rule 32.1)*  
          _____    Incorrect pagination, click here for instructions on how to paginate PDFs  
_____    Incorrect font *(FRAP 32)*  
_____    Oversized filing *(FRAP 32)*  
_____    Missing Amicus Curiae filing or motion *(Local Rule 29.1)*  
_____    Untimely filing

__X___   Incorrect Filing Event; Since the Appellant's brief includes a special appendix, the correct filing event should be BRIEF & SPECIAL APPENDIX, instead of BRIEF.

_____   Other: _____

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than May 7, 2012. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8652.